JOHN T. PENDER
ATTORNEY AT LAW

NOTARY PUBLIC

504 837 0538

3617 N. Labarre Rd
Metairie, La 70002

January 8, 2001

#8701581

Mrs. Betty Smith
Financial Administrator
U.S. Bankruptcy Court
501 Magazine St
New Orleans, La 70130

Re La Jet Inc
no 87-01581

Dear Mrs Smith:

Enclosed herein is check in the amount of $50,690.98
representing the following dividends:

South Central Bell          $870.12
U.S. Coast Guard            $398.78
National Fire Insurance Co $49,422.08

Yours very truly,

JOHN T. PENDER

1/12/01
Deposit ck
for 50690 98
to Treasury
6047 BK act
ls

P 994





