UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE

LAJET, INC.

DEBTOR(S)

BANKRUPTCY NO.
87-11581
SECTION "B"
CHAPTER 7

## ORDER

The Court has considered the Motion **(P-1005)** for Payment of Unclaimed Funds filed by National Union Fire Insurance Company of Pittsburgh, PA, requesting payment of unclaimed funds in the amount of $49,422.08.

The Court finds that these funds were previously paid to National Union Fire Insurance Company of Pittsburgh, PA on February 23, 2001. Accordingly,

**IT IS ORDERED** that the motion for payment of unclaimed funds is **DENIED.**

New Orleans, Louisiana, December 16, 2010.

JERRY A. BROWN
BANKRUPTCY JUDGE